FRANK C. GOODYEAR, Respondent, *v.* H. J. KOEHLER SPORTING GOODS COMPANY, Appellant.

*Goodyear* v. *Koehler Sporting Goods Co.*, 159 App. Div. 116, affirmed.

(Argued March 29, 1917; decided April 24, 1917.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 14, 1913, which affirmed a determination of the Appellate Term affirming a judgment of the Municipal Court of the city of New York in favor of plaintiff in an action for money had and received. The defense was that the money sued for was paid on account of the purchase price of twenty automobiles pursuant to a written contract between the parties, and that the plaintiff had failed to show performance of the contract upon his part or a legal excuse for his non-performance.

*Adolph Feldblum, Francis L. Kohlman* and *Hardie B. Walmsley* for appellant.

*Edward L. Dennis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.